RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 3/31/16
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LIFANJE NDOPING JOHNSON | CIVIL ACTION NO. 1:15-CV-01940 |
| VERSUS | JUDGE TRIMBLE |
| LORETTA LYNCH, U.S. ATTORNEY GENERAL, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Respondents' motion to dismiss (Doc. 15) is GRANTED and Johnson's § 2241 petition for writ of habeas corpus is DENIED AND DISMISSED as moot.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 31st day of March 2016.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE